# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEBORAH SINGLETON,**

    **Plaintiff,**

  v.                                        **Case No.: 2:18-cv-969**
                                                    **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Deavers**

**ANDREW SAUL, COMMISSIONER**
**OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 23). The parties jointly stipulate that Plaintiff is hereby awarded $4,400.00 in full satisfaction and settlement of any and all claims for attorney fees, expenses, and costs that Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. §2412.

Prior to Plaintiff filing an EAJA petition, the parties jointly reached a resolution to settle EAJA fees in this case. The parties' Stipulation represents a compromise on disputed positions and is not intended to set precedent for, or a representation of, any specific hourly rate or total number of hours.

Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

The Clerk of this Court shall terminate Document 23 and this matter shall remain closed.

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**